AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Charles Miller and Alan Freberg,
Derivatively and on behalf of PerkinElmer, Inc.,
A Massachusetts Corporation

V.

Gregory L. Summe, Robert Friel, Nicholas Lopardo,
Gabriel Schmergel, Kenton Sicchitano, and Tamara Erickson

-and-

PERKINELMER, INC., A Massachusetts Corporation,

Nominal Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04 11599

TO: (Name and address of Defendant)

PERKINELMER, INC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
617-854-4000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 19 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

August 10, 2004

I hereby certify and return that on 8/6/2004 at 10:45 am I served a true and attested copy of the summons and complaint, jury trial in this action in the following manner: To wit, by delivering in hand to John Healy, attorney, , person in charge at the time of service for Perkinelmer, Inc. , at , 45 Williams Street,  Wellesley, MA.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $48.82

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.