**PERKINS SMITH & COHEN LLP**
One Beacon Street, 30th Fl
Boston, MA 02108
tel:   617-854-4000
fax:   617-854-4040

*Attorneys for Derivative Plaintiffs*

*[Additional Counsel on Signature Page]*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------X
                                    :
CHARLES MILLER and ALAN FREBERG,    :
Derivatively and on behalf of       :
PerkinElmer, Inc., A Massachusetts  :
Corporation,                        :
                                    :
            Plaintiffs,             :
                                    :
v.                                  :   No. 04-11599-GAO
                                    :
GREGORY L. SUMME, ROBERT FRIEL,     :
NICHOLAS LOPARDO, GABRIEL           :
SCHMERGEL, KENTON SICCHITANO, and   :
TAMARA ERICKSON,                    :
                                    :
            Defendants.             :
                                    :
and                                 :
                                    :
PERKINELMER, INC., A Massachusetts  :
Corporation,                        :
                                    :
            Nominal Defendant.      :
                                    :
------------------------------------X
```

```
-----------------------------------X
                                   :
DAVID JAROSLAWICZ, Derivatively on :
behalf of PERKINELMER, INC., A     :
Massachusetts Corporation,         :
                                   :
            Plaintiff,             :
                                   :
v.                                 :    No. 04-11469-GAO
                                   :
GREGORY L. SUMME, ROBERT FRIEL,    :
NICHOLAS LOPARDO, GABRIEL          :
SCHMERGEL, KENTON SICCHITANO, and  :
TAMARA ERICKSON,                   :
                                   :
            Defendants,            :
                                   :
and                                :
                                   :
PERKINELMER, INC., A Massachusetts :
Corporation,                       :
                                   :
            Nominal Defendant.     :
                                   :
-----------------------------------X
```

**PLAINTIFFS' MOTION FOR**
**CONSOLIDATION OF RELATED CASES**

TO THE HONORABLE UNITED STATES COURT DISTRICT JUDGE:

    COME NOW Derivative Plaintiffs Miller and Freberg (Civil Action No. 04-11599-GAO) who move this Court for an order granting their motion for consolidation of the above-captioned related cases.

    The motion is brought pursuant to Rule 42 of the Federal Rules of Civil Procedure to **consolidate** the related actions.

The Motion is based on: (1) the accompanying memorandum of law; (2) proposed order granting the relief requested; and (3) the pleadings, and such other written or oral argument as may be permitted by the Court.  Plaintiffs Miller and Freberg hereby agree that Defendants need not answer the complaint in Civil Action No. 04-11599-GAO until the Court has acted upon this motion.

Dated:    August 24, 2004            **PERKINS SMITH & COHEN LLP**

 

                                           /s/  *Susan E. Stenger*
Susan E. Stenger, BBO # 555552
One Beacon Street, 30th Fl
Boston, MA 02108
Telephone: (617) 854-4000
Facsimile: (617) 854-4040

**WECHSLER HARWOOD LLP**
Robert I. Harwood
Dana B. Rubin
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 763-3630

*Attorneys for Derivative Plaintiffs*