UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------X
                                    :
CHARLES MILLER and ALAN FREBERG,    :
Derivatively and on behalf of       :
PerkinElmer, Inc., A Massachusetts  :
Corporation,                        :
                                    :
           Plaintiffs,              :
                                    :
v.                                  :   No. 04-11599-GAO
                                    :
GREGORY L. SUMME, ROBERT FRIEL,     :
NICHOLAS LOPARDO, GABRIEL           :
SCHMERGEL, KENTON SICCHITANO, and   :
TAMARA ERICKSON,                    :
                                    :
           Defendants.              :
                                    :
and                                 :
                                    :
PERKINELMER, INC., A Massachusetts  :
Corporation,                        :
                                    :
           Nominal Defendant.       :
                                    :
------------------------------------X
```

```
-----------------------------------X
                                   :
DAVID JAROSLAWICZ, Derivatively on :
behalf of PERKINELMER, INC., A     :
Massachusetts Corporation,         :
                                   :
              Plaintiff,            :
                                   :
v.                                 :    No. 04-11469-GAO
                                   :
GREGORY L. SUMME, ROBERT FRIEL,    :
NICHOLAS LOPARDO, GABRIEL          :
SCHMERGEL, KENTON SICCHITANO, and  :
TAMARA ERICKSON,                   :
                                   :
              Defendants,           :
                                   :
and                                :
                                   :
PERKINELMER, INC., A Massachusetts :
Corporation,                       :
                                   :
              Nominal Defendant.    :
                                   :
_____X
```

**[PROPOSED] ORDER GRANTING MOTION
TO CONSOLIDATE FOR ALL PURPOSES**

**IT IS HEREBY ORDERED** in each of the captioned actions as follows:

  A. The foregoing actions pending in this District are consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure before the Honorable George A. O'Toole.

  B. These actions shall be referred to herein as the

"Consolidated Action." This order (the "Order") shall apply to the Consolidated action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as the Consolidated Action.

  C. The caption of the Consolidated Action shall be "<u>In re PerkinElmer, Inc. Derivative Litigation</u>." Any other action now pending or hereafter filed in this District as a derivative action brought on behalf of Nominal Defendant PerkinElmer, Inc., which arises out of the same facts as alleged in the Consolidation Action, shall be consolidated for all purposes as soon as it is brought to the Court's attention.

  D. The terms of this Order shall not have the effect of making any person, firm, or corporation a party to any action in which he, she, or it has not been named, served, or added as such, in accordance with the Federal Rules of Civil Procedure.

  E. A Master Docket and a Master File are hereby established for the Consolidated Action under Master File No. 04-11469-GAO

  F. Every pleading filed in this proceeding, or in any separate action included herein shall bear the following caption:

```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------x
                                         :
IN RE PERKINELMER, Inc.                  :
DERIVATIVE LITIGATION                    :    No. 04-11469-GAO
                                         :
-----------------------------------------x
                                         :
THIS DOCUMENT RELATES TO:                :
                                         :
-----------------------------------------x
```

  G. When a pleading is intended to be applicable to all actions to which this order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable only to some, but not all, of such actions, the Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

  H. When a case that relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, the Clerk of the Court shall:

    (1) place a copy of this Order in the separate file for such action;

    (2) mail a copy of the Order of assignment to

      counsel for plaintiff(s) and to counsel for defendant(s) in the Consolidated Action;

  (3) mail to the attorneys for the plaintiff(s) in the newly filed or transferred action a copy of this Order and to any new defendant(s) in the newly filed or transferred action; and

  (4) make an appropriate entry in the Master Docket.

 I. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

 J. Plaintiffs will file and serve a Consolidated Complaint (the "Consolidated Complaint"), or designate one of the existing complaints as the operative complaint no later than forty-five (45) days after entry of this Order. Defendants shall have thirty (30) days to answer the Consolidated Complaint.

4

So Ordered:

_____
Honorable George A. O'Toole
United States District Judge
United States District Court


DATED this \_\_\_\_ day of _____ 2004

5