AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Charles Miller and Alan Freberg,
Derivatively and on behalf of PerkinElmer, Inc.,
A Massachusetts Corporation

V.

Gregory L. Summe, Robert Friel, Nicholas Lopardo,
Gabriel Schmergel, Kenton Sicchitano, and Tamara Erickson

-and-

PERKINELMER, INC., A Massachusetts Corporation,

Nominal Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11599 GAO

TO: (Name and address of Defendant)

Nicholas Lopardo

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
617-854-4000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/9/04 |
| NAME OF SERVER (PRINT)<br>DANIEL MARGOLIS | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/04
              Date

*Signature of Server*

Wilmer Cutler Pickering Hale & Dorr
60 State St.
Boston, MA 02109

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.