UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JAROSLAWICZ, Derivatively on behalf of PERKINELMER, INC., A Massachusetts Corporation,<br>　　　Plaintiff,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br>　　　Defendants,<br><br>and<br><br>PERKINELMER, INC., A Massachusetts Corporation,　Nominal Defendant. | CIVIL ACTION No. 04-11469-GAO |
| CHARLES MILLER and ALAN FREBERG, Derivatively and on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br>　　　Plaintiffs,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br>　　　Defendants.<br><br>and<br><br>PERKINELMER, INC., A Massachusetts Corporation,　Nominal Defendant. | CIVIL ACTION No. 04-11599-GAO |

## STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 1

WHEREAS plaintiffs Charles Miller and Alan Freberg have moved the court to consolidate all shareholder derivative actions pending against PerkinElmer, Inc. ("PerkinElmer"), including the captioned cases above; and

WHEREAS plaintiff David Jaroslawicz has filed a statement of non-opposition to such motion for consolidation; and

WHEREAS defendants do not oppose such consolidation; and

WHEREAS plaintiffs have come to an agreement concerning the role of each counsel thus far appearing in these actions with respect to further prosecution of these actions; and

WHEREAS, the parties wish to avoid substantial duplication of effort expended by both the Court and counsel, and to foster efficient and fair administration and coordination, assure consistent rulings and decisions, and promote the just, expeditious and cost-effective resolution of these actions;

IT IS HEREBY STIPULATED AND AGREED, by and between parties and their respective undersigned counsel, as follows (except that defendants do not take a position with respect to Paragraphs 4-6 below):

1.  The above-captioned actions (the "Related Actions") are hereby consolidated for all purposes.

2.  The files of the Related Actions shall be maintained in one file under Master File No. 04-11469-GAO. Any other actions hereafter filed in, or transferred to, this district which

arise out of similar facts as those alleged in the complaints in the Related Actions cases shall be consolidated with such Related Actions (collectively, the "Consolidated Actions") for all purposes if, as and when they are drawn to the Court's attention.

3. Every pleading filed in the Consolidated Actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re PerkinElmer, Inc.<br>Shareholder Derivative Litigation<br><br>This Document Relates To<br>(Specify All Actions or<br>Particular Action) | CIVIL ACTION No. 04-11469-GAO<br><br>Hon. George A. O'Toole, Jr. |

4. Wechsler Harwood LLP ("Wechsler Harwood") and Schubert & Reed LLP ("Schubert & Reed") shall be designated Co-Lead Counsel and shall have primary responsibility for the efficient prosecution of the Consolidated Actions, including, but not limited to: (i) all pre-trial discovery proceedings; (ii) briefing and argument of motions; (iii) meetings of plaintiffs' counsel for purposes of proposing joint actions as deemed necessary; (iv) conducting of expert discovery; (v) the preparation for and trial of the Consolidated Actions; and (vi) any and all settlement negotiations with defendants.

5. The Law Office of Peter A. Lagorio ("Peter Lagorio") shall be Liaison Counsel with primary responsibility for the following: (i) receiving and distributing all correspondence,

motions, pleadings and other documents concerning pre-trial discovery and motions; (ii) communicating with the Court on behalf of the plaintiffs; (iii) assisting the Co-Chairs in resolving any questions or suggestions by the Court or by any counsel for plaintiffs concerning pre-trial discovery, motions, interim appeals, or the trial of the lawsuit; (iv) coordinating with the Executive Committee; and (v) performing such other functions as may be expressly authorized by further order of this Court.

6. Wechsler Harwood, Schubert & Reed, Peter Lagorio, Perkins Smith & Cohen LLP, and Lowey Danenberg Bemporad & Selinger, P.C. shall comprise the Executive Committee of lawyers with the primary responsibility to apportion the efforts necessary to prosecute the Consolidated Actions among the firms representing plaintiffs, including, but not limited to, those efforts described in Paragraph 4 above. Wechsler Harwood and Schubert & Reed shall be Co-Chairs of the Executive Committee.

7. Plaintiffs shall have 60 (sixty) days from the entry of this Order to file and serve a Consolidated Complaint (the "Consolidated Complaint"), or shall designate one of the existing complaints as the operative complaint no later than 60 (sixty) days after entry of this Order. Defendants shall have 60 (sixty) days to respond to the Consolidated Complaint.

SO ORDERED:

_____
Honorable George A. O'Toole
United States District Judge
United States District Court,
District of Massachusetts

DATED this ____ day of January 2005

Dated: January 27, 2005				LAW OFFICE OF PETER A. LAGORIO,


					By:	  /s/ Peter A. Lagorio
						Peter A. Lagorio (BBO#567379)
						63 Atlantic Avenue
						Boston, MA 02119
						Telephone: (617) 367-4200
						Facsimile: (617) 227-3384

						*Liaison Counsel for Derivative Plaintiffs*


Dated: January 27, 2005				WECHSLER HARWOOD LLP,


					By:	  /s/ Robert I. Harwood
						Robert I. Harwood
						Peter W. Overs, Jr.
						488 Madison Avenue
						New York, New York 10022
						Telephone: (212) 935-7400
						Facsimile: (212) 763-3630


Dated: January 27, 2005				SCHUBERT & REED LLP,


					By:	  /s/ Robert C. Schubert
						Robert C. Schubert
						Two Embarcadero Center, Suite 1660
						San Francisco, CA 94111
						Telephone: (415) 788-4220

						*Co-Lead Counsel for Derivative Plaintiffs*

         PERKINS SMITH & COHEN LLP,


          /s/ Susan E. Stenger
         Susan E. Stenger  (BBO #555552)
         One Beacon Street, 30th Floor
         Boston, MA 02108
         Telephone:  (617) 854-4000
         Facsimile:  (617) 854-4040


         LOWEY DANNENBERG BEMPORAD
         & SELINGER, P.C.
         Richard Bemporad
         One North Lexington Ave., 11th Fl.
         White Plains, NY 10601
         Telephone: (914) 997-0500


Dated: January 28, 2005     WILMER CUTLER PICKERING
         HALE & DORR LLP,


By:  /s/ Daniel Margolis
         Daniel Margolis (BBO#662117)
         60 State Street
         Boston, MA 02109
         Telephone: (617) 526-6000

         *Counsel for Defendants*


CERTIFICATE OF SERVICE

  I hereby certify that on January 28, 2005,  I served a copy of the above Stipulation via first class mail upon all counsel of record.


         */s/ Peter A. Lagorio*
         Peter A. Lagorio   (BBO #567379)

6