UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES MILLER and ALAN FREBERG, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>     Defendants,<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>     Nominal Defendant. | Civil Action No. 04-CV-11599-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeffrey B. Rudman, Esq., Michael G. Bongiorno, Esq., Beth E. Bookwalter, Esq. and Daniel Margolis, Esq. hereby enter their appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

        Respectfully submitted,

        GREGORY L. SUMME, ROBERT FRIEL,
        NICHOLAS LOPARDO, GABRIEL

SCHMERGEL, KENTON SICCHITANO, TAMARA ERICKSON and PERKINELMER, INC.

By their attorneys,
/s/ Jeffrey B. Rudman
/s/ Michael G. Bongiorno
/s/ Beth E. Bookwalter
/s/ Daniel Margolis
Jeffrey B. Rudman, Esq. (BBO#433380)
Michael G. Bongiorno, Esq. (BBO#558748)
Beth E. Bookwalter, Esq. (BBO #643425)
Daniel Margolis, Esq. (BBO# 662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
jeffrey.rudman@wilmerhale.com
michael.bongiorno@wilmerhale.com
beth.bookwalter@wilmerhale.com
daniel.margolis@wilmerhale.com

Dated: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 28th day of January, 2005 either electronically or by overnight mail on:

| | |
|---|---|
| Berman Devalerio Pease, Esq.<br>Tobacco, Burt & Pucillo<br>One Liberty Square, 8th Floor<br>Boston, MA 02109 | Susan E. Stenger, Esq.<br>Perkins, Smith & Cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108 |

/s/ Daniel Margolis