UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES MILLER and ALAN FREBERG, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>Defendants,<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>Nominal Defendant. | Civil Action No. 04-CV-11599-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeffrey B. Rudman, Esq., hereby enters his appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

        Respectfully submitted,

        GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, TAMARA ERICKSON and PERKINELMER, INC.

US1DOCS 5173287v1

By their attorney,
/s/ Jeffrey B. Rudman
Jeffrey B. Rudman, Esq. (BBO#433380)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
jeffrey.rudman@wilmerhale.com

Dated: June 27, 2005