UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES MILLER and ALAN FREBERG, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON,<br><br>      Defendants,<br><br>-and-<br><br>PERKINELMER, INC., A Massachusetts Corporation,<br><br>      Nominal Defendant. | Civil Action No. 04-CV-11599-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Michael G. Bongiorno, Esq., hereby enters his appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

            Respectfully submitted,

            GREGORY L. SUMME, ROBERT FRIEL,
            NICHOLAS LOPARDO, GABRIEL
            SCHMERGEL, KENTON SICCHITANO,
            TAMARA ERICKSON and PERKINELMER,
            INC.

        By their attorney,
        <u>/s/ Michael G. Bongiorno</u>
        Michael G. Bongiorno, Esq. (BBO#558748)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        617-526-6000
        michael.bongiorno@wilmerhale.com

Dated:  June 27, 2005