UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES MILLER and ALAN FREBERG, Derivatively on behalf of PerkinElmer, Inc., A Massachusetts Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY L. SUMME, ROBERT FRIEL, NICHOLAS LOPARDO, GABRIEL SCHMERGEL, KENTON SICCHITANO, and TAMARA ERICKSON, <br><br> Defendants, <br><br> -and- <br><br> PERKINELMER, INC., A Massachusetts Corporation, <br><br> Nominal Defendant. | Civil Action No. 04-CV-11599-GAO |

## NOTICE OF APPEARANCE

The undersigned counsel, Daniel Margolis, Esq., hereby enters his appearance on behalf of the defendants Gregory L. Summe, Robert Friel, Nicholas Lopardo, Gabriel Schmergel, Kenton Sicchitano, Tamara Erickson, and PerkinElmer, Inc.

        Respectfully submitted,

        GREGORY L. SUMME, ROBERT FRIEL,
        NICHOLAS LOPARDO, GABRIEL
        SCHMERGEL, KENTON SICCHITANO,
        TAMARA ERICKSON and PERKINELMER,
        INC.

                                                By their attorney,
/s/ Daniel Margolis
Daniel Margolis, Esq. (BBO#662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
daniel.margolis@wilmerhale.com

Dated: June 27, 2005